# MICHAEL G. O'NEILL
ATTORNEY AT LAW

*By ECF*

November 17, 2020

Hon. Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Magnani v. North Shore
      16-cv-2519 (FB) (SMG)

Dear Judge Block:

      Pursuant to the Court's directive, I am advising the Court that the New York Unified Court System has a statewide fee dispute resolution program. Under this program, a client may file for arbitration with the "Local Program" for the county where the legal services were provided. In this case, the Local Program is sponsored by the NY County Lawyers' Association, 14 Vesey Street, New York, NY 10007.

      As required by the program, I am sending Ms. Magnani a "packet for dispute over fees" which is provided by the program and contains forms and instructions for Ms. Magnani in the event she wishes to commence an arbitration. She has 30 days in which to do so. I will hold the proceeds of the settlement in my escrow account until the arbitration process is complete or the 30 days expires in the event she chooses not to arbitrate.

      Respectfully yours,